AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| George, Lloyd D | U.S. District Court | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Las Vegas Blvd. So.<br>Room 6073<br>Las Vegas, NV 89101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | National Advisory Council, Brigham Young University |
| 2. Member | Board of Directors of the Boy Scouts of America, LV Area Council |
| 3. Chairman | Thomas & Mack Legal Clinic Community Advisory Board |
| 4. Member | J. Reuben Clark Law Society, Las Vegas Chapter |
| 5. Member | Las Vegas Philharmonic - Advisory Board |
| 6. Member | Let Freedom Ring Executive Committee |
| 7. Member | Canyon Springs High School Leadership and Law Academy Advisory Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Chemonics/distributed by American Councils for International Education | $453 - Judge's travel to Washington, DC, March 28 to April 1, 2005 - Open World VIP Russian Delegation @ US Supreme Court |
| 2. Hewlett Fndtn., General Service Fndtn., Compton Fndtn /admin. thru AZ AOC | $387 - Judge's travel to Jackson Hole, WY, June 8-11, 2005 - Dividing the Waters Conference |
| 3. Library of Congress | $48 - Judge's incidental expenses to Washington, DC, Nov. 2 & 3, 2005 - Open World Leadership, Orientation of Russian Judges |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Municipal Invest. Trust Fund | A | Dividend | J | T | | | | | |
| 2. Cleveland Electric Bond | A | Dividend | J | T | | | | | |
| 3. Commercial Bldg. LV, NV 1963 ($40,000) | E | Rent | M | R | | | | | |
| 4. NV Federal Credit Union, LV, NV | D | Interest | N | T | | | | | |
| 5. Land, Bakersfield, CA | | | J | W | | | | | |
| 6. Rental Property, LV, NV | A | Rent | K | W | | | | | |
| 7. Ensign Fed. Credit Union, LV, NV | D | Interest | M | T | | | | | |
| 8. Ensign Fed. Credit Union, NV (IRA) | A | Interest | K | T | | | | | |
| 9. Source Capital, Inc. | A | Dividend | J | T | | | | | |
| 10. Bank of America, LV, NV | A | Dividend | L | T | | | | | |
| 11. USAA Savings Bk., San Antonio, TX | A | Distribution | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _15 MAY 2006_

NOTE: ANY I...              ...LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## District of Nevada
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Room 6073
Las Vegas, Nevada 89101

August 25, 2006

Chambers of
Lloyd D. George
District Judge

Telephone (702) 464-5500
Facsimile  (702) 464-5501

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Calendar Year 2005 Filing - Amended Report

Dear Committee Members:

      In response to your letter of July 31, 2006, requesting additional information regarding my 2005 filing, I am enclosing an amended AO10 Financial Disclosure Report and the following numbered explanation:

      1.) <u>Part VII, page 4, line 5</u> - "Land, Bakersfield, CA." This is land that I purchased many years ago. It has provided absolutely no income. The word "None" was inadvertently omitted from column B2, and is inserted at that point in the attached amended report. When the time comes that I sell the land, I will report the income from it.

      2.) <u>Part VII, page 4, line 9</u> - "Source Capital, Inc." Source Capital is an investment that I made many years ago. It returns a small dividend each year. I believe the income for the year 2004 was exempt because it was below the reporting threshold of $200. I have inserted "(X)" next to the asset name to denote the change in report status due to the slight increase in 2005.

      3.) <u>Part VII, page 4, line 10</u> - "Bank of America, LV, NV." This entry reflects a Certificate of Deposit comprised of funds that were withdrawn from Ensign Federal Credit Union, which account is listed at line 7. The certificate was purchased in December 2005. My report has been amended as follows: "interest" is entered at Column B2 in place of the word "dividend"; "opened" has been added at Column D1; " 12/05" added at Column D2, and "L" added at Column D3.

4.) <u>Part VII, page 4, line 11 - "USAA Savings Bank, San Antonio, TX."</u>
This entry is now omitted from the report. After discussion with your
staff, it was determined that this is not an asset. It is simply a refund from
the insurance company with which I insure my automobiles. Depending upon
the amount of my premium payments, USAA refunds a certain amount. It is
actually a return of money that I paid on auto insurance.

Thank you for your assistance in preparing my amended report. If you require
any further information, I will be pleased to respond.

Sincerely



Lloyd D. George

| 1. Person Reporting (last name, first, middle initial)<br><br>George, Lloyd D | 2. Court or Organization<br><br>U.S. District Court - Nevada | 3. Date of Report<br><br>08/25/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Las Vegas Blvd. So., #6073<br>Las Vegas, NV 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | National Advisory Council, Brigham Young University |
| 2. Member | Board of Directors of the Boy Scouts of America, LV Area Council |
| 3. Chairman | Thomas & Mack Legal Clinic Community Advisory Board |
| 4. Member | J. Reuben Clark Law Society, Las Vegas Chapter |
| 5. Member | Las Vegas Philharmonic - Advisory Board |
| 6. Member | Let Freedom Ring Executive Committee |
| 7. Member | Canyon Springs High School Leadership and Law Academy Advisory Board |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 AUG 30 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 08/25/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[  ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Chemonics/distributed by American Councils for International Education | Judge's travel to Washington, DC, March 28 to April 1, 2005 - Open World VIP Russian Delegation @ US Supreme Court |
| 2. Hewlett Fndtn., General Service Fndtn., Compton Fndtn /admin. thru AZ AOC | Judge's travel to Jackson Hole, WY, June 8-11, 2005 - Dividing the Waters Conference |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 08/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 08/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Municipal Invest. Trust Fund | A | Dividend | J | T | | | | | |
| 2. Cleveland Electric Bond | A | Dividend | J | T | | | | | |
| 3. Commercial Bldg. LV, NV 1963 ($40,000) | E | Rent | M | R | | | | | |
| 4. NV Federal Credit Union, LV, NV | D | Interest | N | T | | | | | |
| 5. Land, Bakersfield, CA | | None | J | W | | | | | |
| 6. Rental Property, LV, NV | A | Rent | K | W | | | | | |
| 7. Ensign Fed. Credit Union, LV, NV | D | Interest | M | T | | | | | |
| 8. Ensign Fed. Credit Union, NV (IRA) | A | Interest | K | T | | | | | |
| 9. Source Capital, Inc. (X) | A | Dividend | J | T | | | | | |
| 10. Bank of America, LV, NV | A | Interest | L | T | Opened | 12/05 | L | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 08/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See accompanying letter.

| Name of Person Reporting | Date of Report |
|---|---|
| George, Lloyd D | 08/25/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _25 August 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544